UPON MOTION FOR REHEARING
PER CURIAM.
We grant appellees’ Motion for Rehearing, vacate our opinion filed February 6, 1985, 473 So.2d 690, and affirm the trial court’s order which granted the appellees’ Motion to Stay and to Compel Arbitration. Dean Witter Reynolds, Inc. v. Byrd,U.S. 105 S.Ct. 1238, 84 L.Ed.2d 158 (1985); Oppenheimer & Co., Inc. v. Young, 475 So.2d 221 (Fla.1985); Merrill Lynch, Pierce, Fenner and Smith, Inc., v. Me-lamed, 453 So.2d 858 (Fla. 4th DCA 1984), app’d 476 So.2d 140 (Fla.1985).
It is so ORDERED.
DOWNEY, ANSTEAD and WALDEN, JJ., concur.